KARL S. HALL
Reno City Attorney
JONATHAN D. SHIPMAN
Assistant City Attorney
Nevada State Bar No. 5778
CHANDENI K. SENDALL
Deputy City Attorney
Nevada State Bar No. 12750
Post Office Box 1900
Reno, Nevada 89505
(775) 334-2050
*Attorneys for Defendants City of Reno and Joseph Henry*

# UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

| | |
|---|---|
| PATRICK H. MCGUIRE, an individual, and LISA ANN MCGUIRE, an individual,<br><br>Plaintiffs,<br><br>vs.<br><br>ANNE MARIE CAREY, an individual; CAREY TRUST, a testamentary trust; ANTONETTE D. SHAW, an individual; RE/MAX, LLC (dba RE/MAX PROFESSIONALS-RENO), a Delaware Corporation; JOSEPH HENRY, in his individual and official capacities; and THE CITY OF RENO, a municipal entity<br><br>Defendants. | CASE NO.: 3:20-cv-00249-RCJ-CLB<br><br>**STIPULATION AND ORDER TO EXTEND DEADLINE TO RESPOND TO AMENDED VERIFIED COMPLAINT (ECF NO. 5)**<br><br>**(FIRST REQUEST)** |

      Plaintiffs, Patrick H. McGuire and Lisa Ann McGuire, by and through their attorney, John Neil Stephenson, and Defendants City of Reno and Joseph Henry, by and through their attorney, Chandeni K. Sendall, hereby agree and stipulate to extend the due date for Defendants

City of Reno and Joseph Henry, to file a responsive pleading to Plaintiffs' Verified Amended Complaint (ECF No. 5) from May 26, 2020, to no later than June 9, 2020. The extension of this deadline is requested to allow for the said Defendants to appropriately gather relevant information regarding the allegations made in the amended complaint and respond accordingly, and is not brought for any improper purpose or undue delay.

DATED this __22nd__ day of May, 2020

By: /s/ John N. Stephenson
John Neil Stephenson, Esq.
Stephenson Law, PLLC
1770 Verdi Vista Court
Reno, NV 89523

*Attorneys for Plaintiffs*

DATED this __22nd__ day of May, 2020

KARL HALL
Reno City Attorney

By: /s/ Chandeni K. Sendall
JONATHAN D. SHIPMAN
Assistant City Attorney
CHANDENI K. SENDALL
Deputy City Attorney
Post Office Box 1900
Reno, Nevada 89505

*Attorneys for Defendants City of Reno and Joseph Henry*

**ORDER**

IT IS SO ORDERED.

DATED this __22nd__ day of __May__, 2020.

_____
UNITED STATES MAGISTRATE JUDGE