REBECCA L. MASTRANGELO, ESQ.
Nevada Bar No. 5417
ROGERS, MASTRANGELO, CARVALHO & MITCHELL
700 S. Third Street
Las Vegas, Nevada 89101
Phone (702) 383-3400
Fax (702) 384-1460
rmastrangelo@rmcmlaw.com
Attorneys for RE/MAX, LLC and
RE/MAX HOLDINGS, INC.

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA (RENO)

| | |
|---|---|
| PATRICK H. MCGUIRE, an individual and LISA ANN MCGUIRE, an individual, <br><br>Plaintiffs, <br><br>vs. <br><br>ANNE MARIE CAREY, an individual, CAREY TRUST, a testamentary trust, ANTONETTE D. SHAW, an individual, MAXED PROFESSIONALS, LLC, a Nevada limited liability company; RE/MAX, LLC, a Delaware limited liability company; and RE/MAX HOLDINGS, INC., a Delaware corporation; JOSEPH HENRY, in his individual capacities; and THE CITY OF RENO, a municipal entity. <br><br>Defendants. | CASE NO. 3:20-cv-00249-RCJ-CLB <br><br>STIPULATION AND ORDER TO EXTEND TIME TO RESPOND TO AMENDED VERIFIED COMPLAINT (ECF NO. 5) <br><br>(FIRST REQUEST) |

Plaintiffs PATRICK H. MCGUIRE and LISA ANN MCGUIRE, by and through their attorney of record, John Neil Stephenson, Esq., and Defendants RE/MAX,LLC and RE/MAX HOLDINGS, INC., by and through their attorney of record, Rebecca L. Mastrangelo, Esq., of the law firm of ROGERS, MASTRANGELO, CARVALHO & MITCHELL, hereby agree and stipulate to extend the due date for Defendants RE/MAX, LLD and RE/MAX HOLDINGS, INC., to file a response to Plaintiffs' Amended Verified Complaint (ECF NO. 5), from June 2, 2020 to June 16, 2020.  This extension deadline is requested to allow for said Defendants to appropriately gather relevant information regarding the allegations made in the Amended Complaint and

respond accordingly and is not brought for any improper purpose or undue delay.

DATED this 29th day of May, 2020.

| ROGERS, MASTRANGELO, CARVALHO & MITCHELL | STEPHENSON LAW, PLLC |
|---|---|
| /s/ Rebecca Mastrangelo, Esq. | /s/ John Stephenson, Esq. |
| Rebecca L. Mastrangelo, Esq.<br>Nevada Bar No. 5417<br>700 S. Third Street<br>Las Vegas, Nevada 89101<br>Attorneys for Defendants<br>RE/MAX, LLC and RE/MAX Holdings, Inc. | John Neil Stephenson, Esq.<br>Nevada Bar No. 12497<br>1770 Verdi Vista Court<br>Reno, Nevada 89523<br>Attorney for Plaintiffs |

**ORDER**

IT IS SO ORDERED this 29th day of ___May___, 2020.

_____
U.S. MAGISTRATE JUDGE

2