1

REBECCA L. MASTRANGELO, ESQ.

2   Nevada Bar No. 5417
ROGERS, MASTRANGELO, CARVALHO & MITCHELL

3   700 S. Third Street
Las Vegas, Nevada 89101

4   Phone (702) 383-3400
Fax (702) 384-1460

5   rmastrangelo@rmcmlaw.com
Attorneys for RE/MAX, LLC and

6   RE/MAX HOLDINGS, INC.

7

8                          UNITED STATES DISTRICT COURT

                              DISTRICT OF NEVADA (RENO)

9

10  PATRICK H. MCGUIRE, an individual        )
    and LISA ANN MCGUIRE, an individual,     )   CASE NO. 3:20-cv-00249-RCJ-CLB

11                                           )
              Plaintiffs,                    )

12                                           )
    vs.                                      )

13                                           )   STIPULATION AND ORDER TO
    ANNE MARIE CAREY, an individual,         )   EXTEND TIME TO RESPOND TO

14  CAREY TRUST, a testamentary trust,       )   AMENDED VERIFIED COMPLAINT
    ANTONETTE D. SHAW, an individual,        )   (ECF NO. 5)

15  MAXED PROFESSIONALS, LLC, a              )
    Nevada limited liability company;        )   (SECOND REQUEST)

16  RE/MAX, LLC, a Delaware limited          )
    liability company; and RE/MAX           )

17  HOLDINGS, INC., a Delaware               )
    corporation; JOSEPH HENRY, in his        )

18  individual capacities; and THE CITY OF   )
    RENO, a municipal entity.                )

19                                           )
              Defendants.                    )

20  _____ )

21          Plaintiffs PATRICK H. MCGUIRE and LISA ANN MCGUIRE, by and through their

22  attorney of record, John Neil Stephenson, Esq., and Defendants RE/MAX,LLC and RE/MAX

23  HOLDINGS, INC., by and through their attorney of record, Rebecca L. Mastrangelo, Esq., of the

24  law firm of ROGERS, MASTRANGELO, CARVALHO & MITCHELL, hereby agree and

25  stipulate to extend the due date for Defendants RE/MAX, LLD and RE/MAX HOLDINGS, INC.,

26  to file a response to Plaintiffs' Amended Verified Complaint (ECF NO. 5), from June 16, 2020 to

27  June 19, 2020.  This extension deadline is requested to allow for said Defendants to appropriately

28  gather relevant information regarding the allegations made in the Amended Complaint and

1   respond accordingly and is not brought for any improper purpose or undue delay.

2          DATED this 15th day of June, 2020.

3   ROGERS, MASTRANGELO, CARVALHO          STEPHENSON LAW, PLLC
    & MITCHELL

4
    /s/ Rebecca Mastrangelo, Esq.                    /s/ John Stephenson, Esq.
5   _____          _____
    Rebecca L. Mastrangelo, Esq.                    John Neil Stephenson, Esq.
6   Nevada Bar No. 5417                             Nevada Bar No. 12497
    700 S. Third Street                             1770 Verdi Vista Court
7   Las Vegas, Nevada 89101                         Reno, Nevada 89523
    Attorneys for Defendants                        Attorney for Plaintiffs
8   RE/MAX, LLC and RE/MAX Holdings, Inc.

9                               **ORDER**

10         IT IS SO ORDERED this 15th day of _____June_____, 2020.

11

12                              _____
13                              U.S. MAGISTRATE JUDGE

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28                                      2