STEPHANIE RICE, ESQ.
State Bar No. 11627
MIDTOWN LAW
115 Casazza Drive
Reno, NV 89502
Phone: (775) 786-5800
Stephanie@MLReno.com
Attorney for Defendants
ANNE MARIE CAREY and
the CAREY TRUST

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA (RENO)

| | |
|---|---|
| PATRICK H. MCGUIRE, an individual, and LISA ANN MCGUIRE, an individual,<br><br>  Plaintiffs,<br><br>  vs.<br><br>ANNE MARIE CAREY, an individual; CAREY TRUST, a testamentary Trust;<br><br>ANTONETTE D. SHAW, an individual; MAXED PROFESSIONALS, LLC, a Nevada limited liability company;<br>RE/MAX, LLC a Delaware limited liability company; and,<br>REM/MAX HOLDINGS, INC., a Delaware corporation;<br>JOSEPH HENRY, in his individual and official capacities; and,<br>THE CITY OF RENO, a municipal entity.<br><br>  Defendants. | Case No.   3:20-cv-00249-RCJ-CLB<br><br>**STIPULATION AND ORDER TO EXTEND TIME TO RESPOND TO VERIFIED SECOND AMENDED COMPLAINT (ECF NO. 17)**<br><br>(FIRST REQUEST) |

     Plaintiffs PATRICK H. MCGUIRE and LISA ANN MCGUIRE, by and through their attorney of record, John Neil Stephenson, Esq., and Defendants ANNE MARIE CAREY and the CAREY TRUST, by and through their attorney of record, Stephanie Rice, Esq., of Midtown Law, hereby agree and stipulate to extend the due date for Defendants ANNE MARIE CAREY and the CAREY TRUST, to file a response to Plaintiffs' Verified Second Amended Complaint (ECF NO. 17), from

1

July 17, 2020 to July 27, 2020. This extension deadline is requested to allow for said Defendants to appropriately gather relevant information regarding the allegations made in the Verified Second Amended Complaint and respond accordingly and is not brought for any improper purpose or undue delay.

DATED this 7th day of July, 2020.

| MIDTIWN LAW | STEPHENSON LAW, PLLC |
|---|---|
| /s/ Stephanie Rice, Esq | /s/John Stephenson, Esq. |
| Stephanie Rice, Esq. | John Neil Stephenson, Esq. |
| Nevada Bar No. 11627 | Nevada Bar No. 12497 |
| 115 Casazza Drive | 1770 Verdi Vista Court |
| Reno, Nevada 89502 | Reno, Nevada 89523 |
| Attorney for Defendants | Attorney for Plaintiffs |
| Anne Marie Carey and the Carey Trust | |

**ORDER**

IT IS SO ORDERED this __8th__ day of __July__, 2020.

_____
U.S. MAGISTRATE JUDGE

2

**CERTIFICATE OF SERVICE**

Pursuant to LR IC 5-1, I certify that I am an employee of MIDTOWN LAW, 115 Casazza Drive, Reno, Nevada, and that on this date, I am serving **STIPULATION AND ORDER TO EXTEND TIME TO RESPOND TO VERIFIED SECOND AMENDED COMPLAINT (ECF NO. 17)** on the party(s) set forth below by:

_____  Placing an original or true copy thereof in a sealed envelope placed for collection and mailing in the United States Mail, at Reno, Nevada, postage prepaid, following ordinary business practices.

_____  Personal delivery.

\_\_\_X\_\_\_  CM/ECF electronic service, addressed as follows:

| | |
|---|---|
| John Neil Stephenson, Esq.<br>Stephenson Law, PLLC<br>1770 Verdi Vista Court<br>Reno, NV 89523<br>Attorneys for Plaintiffs | Rebecca L. Mastrangelo, Esq.<br>Rogers, Mastrangelo, Carvalho & Mitchell<br>700 S. Third Street<br>Las Vegas, Nevada 89101<br>Attorneys for RE/MAX, LLC and<br>RE/MAX Holdings, Inc. |

Karl S. Hall, Esq.
Jonathan D. Shipman, Esq.
Chandeni K. Sendall, Esq.
Reno City Attorney's Office
Post Office Box 1900
Reno, Nevada 89505
Attorneys for City of Reno and Joseph Henry

_____  Facsimile (FAX).

_____  Federal Express or other overnight delivery.

_____  Messenger Service.

DATED this \_\_7th\_\_ day of July, 2020.

By:  \_\_/s/ Ana Alvarado_____
      Ana Alvarado
      Legal Assistant