UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA (RENO)

| | |
|---|---|
| PATRICK H. MCGUIRE, an individual and LISA ANN MCGUIRE, an individual,<br><br>　　　　　Plaintiffs,<br><br>vs.<br><br>ANNE MARIE CAREY, an individual, CAREY TRUST, a testamentary trust, ANTONETTE D. SHAW, an individual, MAXED PROFESSIONALS, LLC, a Nevada limited liability company; RE/MAX, LLC, a Delaware limited liability company; and RE/MAX HOLDINGS, INC., a Delaware corporation; JOSEPH HENRY, in his individual capacities; and THE CITY OF RENO, a municipal entity.<br><br>　　　　　Defendants. | CASE NO. 3:20-cv-00249-RCJ-CLB<br><br>ORDER TO EXTEND TIME FOR RE/MAX, LLC AND RE/MAX HOLDINGS, INC. TO FILE REPLY IN SUPPORT OF MOTION TO DISMISS PLAINTIFFS' VERIFIED SECOND AMENDED COMPLAINT |

Plaintiffs Patrick H. McGuire and Lisa Ann McGuire, through their counsel of record, John Neil Stephenson, and Defendants RE/MAX, LLC and RE/MAX Holdings, Inc. (collectively, the "RE/MAX Defendants"), through their counsel of record, William J. Kelly III, hereby agree and stipulate to extend the deadline for the RE/MAX Defendants Reply in Support of Motion to Dismiss Plaintiffs' Verified Second Amended Complaint, from July 28, 2020 to July 31, 2020. This extension deadline is requested to allow the RE/MAX Defendants to respond to information and allegations raised in Plaintiffs' Response to the Motion to Dismiss (ECF No. 35) and is not brought for any improper purpose or undue delay.

Dated this 27th day of July, 2020.

| KELLY LAW PARTNERS, LLC | STEPHENSON LAW, PLLC |
|---|---|
| */s/William J. Kelly III* | */s/John Stephenson* |
| William J. Kelly III, *Admitted Pro Hac Vice* | John Neil Stephenson |
| 501 South Cherry, Suite 1100 | Nevada Bar No. 12497 |
| Denver, Colorado 80246 | 1770 Verdi Vista Court |
| | Reno, Nevada 89523 |
| *Attorneys for Defendants* | *Attorneys for Plaintiffs* |
| *RE/MAX, LLC and RE/MAX HOLDINGS, INC.* | |

**ORDER**

IT IS SO ORDERED.

DATED this 27th day of July, 2020.

_____
UNITED STATES DISTRICT JUDGE

2