John Neil Stephenson (SBN 12497)
Stephenson Law, PLLC
1770 Verdi Vista Court
Reno, Nevada 89523
Tel: 510-502-2347
Fax: 775-403-1773
Email: johnstephensonlaw@gmail.com
Web: jstephensonlaw.com
*Counsel for Plaintiffs*

# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA (RENO)

| | |
|---|---|
| **PATRICK H. MCGUIRE, and LISA ANN MCGUIRE,**<br><br>                    Plaintiffs,<br>     vs.<br><br>**ANNE MARIE CAREY, et al.**<br><br>                    Defendants. | Case No.: 3:20-cv-00249-RCJ-CLB<br><br>**STIPULATION AND ORDER FOR PLAINTIFFS TO FILE AN AMENDED RESPONSE TO THE RE/MAX DEFENDANTS' MOTION TO DISMISS [#24]** |

    Plaintiffs Patrick and Lisa McGuire (collectively, "the McGuires"), and Defendants RE/MAX Holdings, Inc. and RE/MAX, LLC (collectively, "the RE/MAX Defendants"), through their undersigned counsel, hereby stipulate as follows:

    1.    The RE/MAX Defendants filed a motion to dismiss Plaintiffs' verified second amended complaint [#24]. The McGuires responded in opposition [#35]. The RE/MAX Defendants have not yet filed their reply.

1

2. The McGuires seek to amend their response [#35] to include some brief additional argument and one additional exhibit pertinent to whether this court has personal jurisdiction over RE/MAX, LLC.

3. Counsel have met and conferred. The RE/MAX Defendants do not oppose this request.

4. Pursuant to this Stipulation, the McGuires may have until July 31, 2020 to file their amended response. The RE/MAX Defendants will have ten days (10), up to and including August 10, 2020, to file their reply.

SO AGREED

DATED: July 29, 2020

| /s/ John Neil Stephenson | /s/ William J. Kelly III |
|---|---|
| Stephenson Law, PLLC | Kelly Law Partners, LLC |
| By: John Neil Stephenson, Esq. | By: William J. Kelly III, Esq. |
| *Counsel for Plaintiffs Patrick and Lisa McGuire* | *Counsel for Defendants RE/MAX, LLC and RE/MAX Holdings, Inc.* |

**ORDER**

Upon stipulation of the parties and good cause appearing, the terms set forth in the foregoing stipulation are hereby GRANTED.

IT IS SO ORDERED.

DATED August 3, 2020

_____
UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA

2