John Neil Stephenson (SBN 12497)
Stephenson Law, PLLC
1770 Verdi Vista Court
Reno, Nevada 89523
Tel: 510-502-2347
Fax: 775-403-1773
Email: johnstephensonlaw@gmail.com
Web: jstephensonlaw.com
*Counsel for Plaintiffs*

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA (RENO)

| | |
|---|---|
| **PATRICK H. MCGUIRE, an individual, and LISA ANN MCGUIRE, an individual,**<br><br>Plaintiffs,<br>vs.<br><br>**ANNE MARIE CAREY, an individual; CAREY TRUST, a testamentary trust;**<br><br>**ANTONETTE D. SHAW, an individual; MAXED PROFESSIONALS, LLC, a Nevada limited liability company;**<br><br>**RE/MAX, LLC, a Delaware limited liability company; and RE/MAX HOLDINGS, INC., a Delaware corporation;**<br><br>**JOSEPH HENRY, in his individual and official capacities; and THE CITY OF RENO, a municipal entity.**<br><br>Defendants. | Case No.: 3:20-cv-00249-RCJ-CLB<br><br>**ORDER FOR PLAINTIFFS TO FILE A SECOND AMENDED COMPLAINT AND EXTEND DEADLINES** |

///

///

1

COMES NOW, the parties to this matter, through their undersigned counsel, and hereby stipulate as follows:

1. Pursuant to FRCP 15(a)(2), the parties consent that Plaintiffs may file a Second Amended Complaint to include additional/revised allegations, claims, and causes of action against Defendants Joseph Henry and City of Reno stemming from its Notice of Violation, issued by Defendant Joseph Henry, dated August 28, 2019, issued to Plaintiffs Patrick and Lisa McGuire.

2. Plaintiffs will file their Second Amended Complaint on or before June 26, 2020.

3. All current responsive deadlines to Plaintiffs' First Amended Complaint and the Crossclaims filed by Defendants Anne Marie Carey and Carey Trust [#12] are hereby mooted.

4. After Plaintiffs file their Second Amended Complaint, the timelines will recommence and each party will have two weeks (14 days) to file their respective responsive pleadings.

///
///
///
///
///
///
///
///

2

5. Defendants Joseph Henry and City of Reno have a pending Motion to Dismiss [#11]. This Motion will be mooted when Plaintiffs file a Second Amended Complaint. Defendants Joseph Henry and City of Reno reserve the right to refile a Motion to Dismiss to the Second Amended Complaint, if they deem needed.

SO AGREED

DATED: June 22, 22020

| /s/ John Neil Stephenson | /s/ Stephanie Rice |
|---|---|
| Stephenson Law, PLLC | Midtown Law |
| By: John Neil Stephenson, Esq. | By: Stephanie Rice, Esq. |
| *Counsel for Plaintiffs Patrick and Lisa McGuire* | *Counsel for Defendants/Cross-claimants Anne Marie Carey and Carey Trust* |

| /s/ Alice Herbolsheimer | /s/ Rebecca Mastrangelo |
|---|---|
| Lewis Bisbois, Bisgaard & Smith | Rogers, Mastrangelo *et al.* |
| By: Alice Herbolsheimer, Esq. | By: Rebecca Mastrangelo, Esq. |
| *Counsel for Defendants Antonette Shaw and Maxed Professionals, LLC* | *Counsel for Defendants Re/Max, LLC and Re/Max Holdings, Inc.* |

/s/ Chandeni Sendall
Chandeni Sendall, Esq.
*Counsel for Defendants City of Reno and Joseph Henry*

## **ORDER**

Upon stipulation of the parties and good cause appearing, the terms set forth in the foregoing stipulation are hereby GRANTED.

IT IS SO ORDERED.

DATED this 1st day of September, 2020

_____
UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA

3