REBECCA L. MASTRANGELO, ESQ.
Nevada Bar No. 5417
ROGERS, MASTRANGELO, CARVALHO & MITCHELL
700 S. Third Street
Las Vegas, Nevada 89101
Phone (702) 383-3400
Fax (702) 384-1460
rmastrangelo@rmcmlaw.com

WILLIAM J. KELLY III, ESQ.
*Admitted Pro Hac Vice*
KELLY LAW PARTNERS, LLC
501 S. Cherry Street, Suite 1100
Denver, Colorado 80246
Phone (720) 236-1800
Fax (720) 236-1799
wkelly@kellylawpartners.com
*Attorneys for Defendant,*
*RE/MAX, LLC*

UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA (RENO)

| | |
|---|---|
| PATRICK H. MCGUIRE, an individual and LISA ANN MCGUIRE, an individual,<br>Plaintiffs,<br><br>vs.<br><br>ANNE MARIE CAREY, an individual, CAREY TRUST, a testamentary trust, ANTONETTE D. SHAW, an individual, MAXED PROFESSIONALS, LLC, a Nevada limited liability company; Nevada limited liability company; RE/MAX, LLC, a Delaware limited liability company; and RE/MAX HOLDINGS, INC., a Delaware corporation; JOSEPH HENRY, in his individual capacities; and THE CITY OF RENO, a municipal entity.<br>Defendants. | CASE NO. 3:20-cv-00249-RCJ-CLB<br><br>ORDER TO STAY RE/MAX, LLC'S RESPONSE TO THE CAREY DEFENDANTS' CROSSCLAIMS |

COME NOW Defendants/Cross-Claimants Anne Marie Carey and the Carey Trust ("the Carey Defendants") and Defendant RE/MAX, LLC ("RML") who together jointly stipulate to the stay of RML's response to the crossclaims asserted by the Carey Defendants, and jointly move this Court to so order.  In support of  the Joint Stipulation, these parties represent:

1. As part of their Answer to the Plaintiffs' Verified Second Amended Complaint (ECF No. 17) ("SAC"), the Carey Defendants asserted crossclaims against other defendants, including but not limited to RML. (ECF No. 46).

2. In response to Plaintiffs' SAC, Defendant RML filed its Motion to Dismiss the Plaintiffs' claims pursuant to FRCP 12(b)(2) and 12(b)(6) (ECF. No. 24).

3. RML's Motion to Dismiss is fully briefed and pending before this Court.

4. The causes of action against RML in the Carey Defendants' crossclaim mirror the causes of action against RML in the SAC.

5. The  issues raised by RML pursuant to FRCP 12(b)(2) and 12(b)(6) in the pending Motion are the same issues that RML would raise in response to the Carey Defendants' crossclaims against RML.

6. Accordingly, resolution of the issues raised in RML's Motion to Dismiss the McGuires' claims against RML may be dispositive of some or all of the Carey Defendants' crossclaims against RML.

7. Thus, in the interest of judicial efficiency, the undersigned jointly stipulate to a stay of RML's response to the Carey Defendants' crossclaims against RML, pending resolution of RML's pending Motion to Dismiss the claims of Plaintiffs (ECF No. 24).

8. Defendant RML makes a limited appearance in regard to the Carey Defendants' crossclaims only to seek this Stipulation, and by so doing does not intend to waive its objection to

personal jurisdiction over either the McGuire claims or the Carey Defendants' crossclaims pursuant to FRCP 12(b)(2).

**WHEREFORE**, Defendants/Cross-Claimants, Anne Marie Carey and the Carey Trust, and Defendant, RE/MAX, LLC, jointly request that this Court order a stay of RML's response to the Carey Defendants' crossclaims, pending resolution of RML's Motion to Dismiss the claims of Plaintiffs. (ECF No. 24).

DATED this 14th day of August 2020.

*/s/Stephanie Rice*
Stephanie Rice, Esq.
**MIDTOWN LAW**
115 Casazza Drive
Reno, Nevada 89502
*Attorneys for Anne Marie Carey*
*& The Carey Trust*

*/s/William J. Kelly III*
William J. Kelly III, Esq.
*Admitted Pro Hac Vice*
**KELLY LAW PARTNERS, LLC**
501 South Cherry, Suite 1100
Denver, Colorado 80246

-with-

**ROGERS, MASTRANGELO, CARVALHO & MITCHELL**
Rebecca L. Mastrangelo, Esq.
Nevada Bar No. 5417
700 S. Third Street
Las Vegas, Nevada 89101
*Attorneys for Defendants*
*RE/MAX, LLC and RE/MAX HOLDINGS, INC.*

**ORDER**

Upon stipulation of the parties and good cause appearing, the terms set forth in the foregoing stipulation are hereby GRANTED.

IT IS SO ORDERED.

DATED this 1st day of September, 2020.

_____
UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA

4

# CERTIFICATE OF SERVICE

Pursuant to Fed. R. Civ. P. 5(b), F.D.C.R. 7.26(a), and Rule 9 of the F.E.F.C.R., I hereby certify that I am an employee of Kelly Law Partners, LLC, and on the 14th day of August 2020, a true and correct copy of the foregoing was served via electronic means with the United States District Court, District of Nevada, addressed as follows, upon the following counsel of record:

John Neil Stephenson, Esq.
STEPHENSON LAW, PLLC
1770 Verdi Vista Court
Reno, Nevada 89523
*Attorneys for Plaintiffs*

Chandeni Senall, Esq.
CITY ATTORNEYS OFFICE
P.O. Box 1900
Reno, Nevada 89505
*Attorneys for City of Reno and Joseph Henry*

Stephanie Rice, Esq.
MIDTOWN LAW
115 Casazza Drive
Reno, Nevada 89502
*Attorneys for Anne Marie Carey and the Carey Trust*

Alice L. Herbolsheimer, Esq.
LEWIS BRISBOIS BISGAARD & SMITH LLP
5555 Kietzke Lane, Suite 200
Reno, Nevada 89511
*Attorneys for Antonette D. Shaw and Maxed Professionals*

                                        */s/Courtney Richardson*
                                        An employee of KELLY LAW PARTNERS, LLC