REBECCA L. MASTRANGELO, ESQ.
Nevada Bar No. 5417
ROGERS, MASTRANGELO,
CARVALHO & MITCHELL
700 S. Third Street
Las Vegas, Nevada 89101
Phone: (702) 383-3400
Fax: (702) 384-1460
rmastrangelo@rmcmlaw.com

WILLIAM J. KELLY III, ESQ.
*Admitted Pro Hac Vice*
KELLY LAW PARTNERS, LLC
501 S. Cherry Street, Suite 1100
Denver, Colorado 80246
Phone: (720) 236-1800
Fax: (720) 236-1799
wkelly@kellylawpartners.com
*Attorneys for Defendants*
*RE/MAX, LLC and RE/MAX Holdings, Inc.*

UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA (RENO)

| | |
|---|---|
| PATRICK H. MCGUIRE, an individual and LISA ANN MCGUIRE, an individual, <br> Plaintiffs, <br><br> vs. <br><br> ANNE MARIE CAREY, an individual, CAREY TRUST, a testamentary trust, ANTONETTE D. SHAW, an individual, MAXED PROFESSIONALS, LLC, a Nevada limited liability company; Nevada limited liability company; RE/MAX, LLC, a Delaware limited liability company; and RE/MAX HOLDINGS, INC., a Delaware corporation; JOSEPH HENRY, in his individual capacities; and THE CITY OF RENO, a municipal entity. <br> Defendants. | CASE NO. 3:20-cv-00249-RCJ-CLB <br><br><br><br> ORDER OF DISMISSAL OF RE/MAX HOLDINGS INC. WITHOUT PREJUDICE |

1

WHEREAS, Plaintiffs, Patrick H. McGuire and Lisa Ann McGuire have asserted claims against RE/MAX Holdings, Inc. ("RMHI") in their Second Amended Complaint (ECF No. 17); and

WHEREAS, Defendants/Cross-Claimants, Anne Marie Carey and the Carey Trust, have asserted crossclaims against RMHI in their Answer, Affirmative Defenses and Crossclaim (ECF No. 46);

COME NOW Plaintiffs, Patrick H. McGuire and Lisa Ann McGuire, Defendants/Cross-Claimants Anne Marie Carey and the Carey Trust, and RMHI who together hereby stipulate to the dismissal of all claims asserted against RMHI without prejudice, each party to bear its own costs and fees.  For purposes of clarity, this Stipulation does not include Defendant, RE/MAX, LLC.

DATED this 14th day of August 2020.

*/s/John N. Stephenson*
John Neil Stephenson, Esq.
**STEPHENSON LAW, PLLC**
1770 Verdi Vista Court
Reno, Nevada 89523
*Attorneys for Plaintiffs*

*/s/Stephanie Rice*
Stephanie Rice, Esq.
**MIDTOWN LAW**
115 Casazza Drive
Reno, Nevada 89502
*Attorneys for Anne Marie Carey*
*& The Carey Trust*

*/s/William J. Kelly III*
William J. Kelly III, Esq.
*Admitted Pro Hac Vice*
**KELLY LAW PARTNERS, LLC**
501 South Cherry, Suite 1100
Denver, Colorado 80246

-with-

2

|   |   |
|---|---|
| 1 | **ROGERS, MASTRANGELO, CARVALHO & MITCHELL** |
| 2 | Rebecca L. Mastrangelo, Esq. |
|   | Nevada Bar No. 5417 |
| 3 | 700 S. Third Street |
| 4 | Las Vegas, Nevada 89101 |
|   | *Attorneys for Defendants* |
| 5 | *RE/MAX, LLC and RE/MAX HOLDINGS, INC.* |

### ORDER

Upon stipulation of the parties and good cause appearing, the terms set forth in the foregoing stipulation are hereby GRANTED.

IT IS SO ORDERED.

DATED this 1st day of September, 2020.

_____
UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA

3

**CERTIFICATE OF SERVICE**

Pursuant to Fed. R. Civ. P. 5(b), F.D.C.R. 7.26(a), and Rule 9 of the F.E.F.C.R., I hereby certify that I am an employee of Kelly Law Partners, LLC, and on the 14th day of August 2020, a true and correct copy of the foregoing was served via electronic means with the United States District Court, District of Nevada, addressed as follows, upon the following counsel of record:

John Neil Stephenson, Esq.
STEPHENSON LAW, PLLC
1770 Verdi Vista Court
Reno, Nevada 89523
*Attorneys for Plaintiffs*

Chandeni Senall, Esq.
CITY ATTORNEYS OFFICE
P.O. Box 1900
Reno, Nevada 89505
*Attorneys for City of Reno and Joseph Henry*

Stephanie Rice, Esq.
MIDTOWN LAW
115 Casazza Drive
Reno, Nevada 89502
*Attorneys for Anne Marie Carey and the Carey Trust*

Alice L. Herbolsheimer, Esq.
LEWIS BRISBOIS BISGAARD & SMITH LLP
5555 Kietzke Lane, Suite 200
Reno, Nevada 89511
*Attorneys for Antonette D. Shaw and Maxed Professionals*

                                                */s/Courtney Richardson*
                                                An employee of KELLY LAW PARTNERS, LLC