# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

PATRICK McGUIRE, et al.

               Plaintiffs,

v.

ANNE MARIE CAREY, et al.,

               Defendants.

3:20-cv-0249-RCJ-CLB

**ORDER**

On October 6, 2020, plaintiffs filed a motion to compel discovery responses (ECF No. 84). To date, no opposition has been filed.

Pursuant to Local Rule 7-2(d), the failure of an opposing party to file points and authorities in response to any motion . . . constitutes a consent to the granting of the motion. However, the court would prefer to rule on the merits of the motion, and thus will extend deadline to file a response until **November 6, 2020**. If a response is not received, the court may grant motion to compel as unopposed.

**DATED:** October 27, 2020.

_____
**UNITED STATES MAGISTRATE JUDGE**

1