# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

PATRICK MCGUIRE, et al.,

          Plaintiffs,

v.

ANNE MARIE CAREY, et al.,

          Defendants.

3:20-cv-0249-RCJ-CLB

**ORDER**

      Defendants' motion to seal (ECF No. 86) is **GRANTED in part** and **DENIED in part**. Defendants have leave to maintain Exhibit 3 to the opposition to motion to compel *under seal*. In addition, defendants have leave to redact references to Exhibit 3 and/or the contents of specific information relied upon in the opposition itself.

      Therefore, defendants shall have until Monday, November 23, 2020 to refile a redacted opposition and exhibits, except Exhibit 3, on the public docket. The court will retain the sealed version of the opposition and Exhibit 3 for its reference in deciding the motion.

**DATED:** November 16, 2020.

_____
**UNITED STATES MAGISTRATE JUDGE**