KARL S. HALL
Reno City Attorney
JONATHAN D. SHIPMAN
Assistant City Attorney
Nevada State Bar No. 5778
CHANDENI K. SENDALL
Deputy City Attorney
Nevada State Bar No. 12750
Post Office Box 1900
Reno, Nevada 89505
(775) 334-2050
*Attorneys for Defendants City of Reno and Joseph Henry*

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

| | |
|---|---|
| PATRICK H. MCGUIRE, an individual, and LISA ANN MCGUIRE, an individual,<br><br>Plaintiffs,<br><br>vs.<br><br>ANNE MARIE CAREY, an individual; CAREY TRUST, a testamentary trust; ANTONETTE D. SHAW, an individual; RE/MAX, LLC (dba RE/MAX PROFESSIONALS-RENO), a Delaware Corporation; JOSEPH HENRY, in his individual and official capacities; and THE CITY OF RENO, a municipal entity<br><br>Defendants. | CASE NO.: 3:20-cv-00249-RCJ-CLB<br><br>**ORDER FOR DISMISSAL OF PLAINTIFFS' CLAIMS AGAINST DEFENDANTS CITY OF RENO AND JOSEPH HENRY, WITH PREJUDICE** |

Pursuant to FRCP 41(a), Plaintiffs Patrick H. McGuire and Lisa Ann McGuire, through their undersigned counsel, and Defendants City of Reno and Joseph Henry, through their undersigned counsel, hereby agree that all claims for relief against Defendants City of Reno and

Joseph Henry contained in the Second Amended Complaint (ECF No. 17) be dismissed, with prejudice, both sides to bear their own attorney's fees and costs. All other claims alleged in this matter remain, including the crossclaims filed by Defendants Ann Marie Carey and Carey Trust against Defendants City of Reno and Joseph Henry (ECF No. 46).

DATED this  10  day of December, 2020

By: /s/ John Neil Stephenson
John Neil Stephenson, Esq.
Stephenson Law, PLLC
1770 Verdi Vista Court
Reno, NV 89523

*Attorneys for Plaintiffs*

DATED this  10th  day of December, 2020

KARL HALL
Reno City Attorney

By: /s/Chandeni K. Sendall
JONATHAN D. SHIPMAN
Assistant City Attorney
CHANDENI K. SENDALL
Deputy City Attorney
Post Office Box 1900
Reno, Nevada 89505

*Attorneys for Defendants City of Reno and Joseph Henry*

## ORDER

Based upon the stipulation of the parties, IT IS HEREBY ORDERED THAT all claims for relief against Defendants City of Reno and Joseph Henry contained in the Second Amended Complaint (ECF No. 17) be dismissed, with prejudice, both sides to bear their own attorney's fees and costs.

IT IS SO ORDERED.

DATED this 10th day of December, 2020.

ROBERT C. JONES
UNITED STATES DISTRICT JUDGE