KARL S. HALL
Reno City Attorney
JONATHAN D. SHIPMAN
Assistant City Attorney
Nevada State Bar No. 5778
CHANDENI K. SENDALL
Deputy City Attorney
Nevada State Bar No. 12750
Post Office Box 1900
Reno, Nevada 89505
(775) 334-2050
*Attorneys for Crossclaim Defendants City of Reno and Joseph Henry*

# UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

| | |
|---|---|
| PATRICK H. MCGUIRE, an individual, and LISA ANN MCGUIRE, an individual,<br><br>Plaintiffs,<br><br>vs.<br><br>ANNE MARIE CAREY, an individual; CAREY TRUST, a testamentary trust; ANTONETTE D. SHAW, an individual; RE/MAX, LLC (dba RE/MAX PROFESSIONALS-RENO), a Delaware Corporation; JOSEPH HENRY, in his individual and official capacities; and THE CITY OF RENO, a municipal entity<br><br>Defendants. | CASE NO.: 3:20-cv-00249-RCJ-CLB<br><br>**ORDER FOR DISMISSAL OF ALL CLAIMS AGAINST DEFENDANTS CITY OF RENO AND JOSEPH HENRY, WITH PREJUDICE** |

Pursuant to FRCP 41(a), Defendants and Crossclaimants Anne Marie Carey and Carey Trust, through their undersigned counsel, and Crossclaim Defendants City of Reno and Joseph Henry, through their undersigned counsel, hereby agree that all crossclaims against Crossclaim

Defendants City of Reno and Joseph Henry contained in Defendants and Crossclaimants Anne Marie Carey and Carey Trust's *Verified Answer to Verified Second Amended Complaint and Crossclaims* (ECF No. 46) be dismissed, with prejudice, both sides to bear their own attorney's fees and costs.

On December 11, 2020, Plaintiffs' claims against Defendants City of Reno and Joseph Henry were dismissed. *See* Order (ECF No. 93). Therefore, no claims remain against Defendants City of Reno and Joseph Henry.

DATED this __16th__ day of December, 2020

By: _/s/Stephanie Rice_
Stephanie Rice, Esq.
Midtown Law
115 Casazza Drive
Reno, NV 89502

*Attorneys for Defendants and Crossclaimants Anne Marie Carey and the Carey Trust*

DATED this __16th__ day of December, 2020

KARL HALL
Reno City Attorney

By: ___/s/Chandeni K. Sendall___
JONATHAN D. SHIPMAN
Assistant City Attorney
CHANDENI K. SENDALL
Deputy City Attorney
Post Office Box 1900
Reno, Nevada 89505

*Attorneys for Crossclaim Defendants City of Reno and Joseph Henry*

**ORDER**

IT IS SO ORDERED.

DATED this December 21, 2020.

_____
UNITED STATES DISTRICT JUDGE