STEPHANIE RICE, ESQ. (SBN11627)
115 Casazza Drive
Reno, Nevada 89502
Phone (775) 786-5800
Stephanie@MLReno.com
*Attorneys for Anne Marie Carey & The Carey Trust*

REBECCA L. MASTRANGELO, ESQ. (SBN 5417)
700 S. Third Street
Las Vegas, Nevada 89101
Phone (702) 383-3400
rmastrangelo@rmcmlaw.com
and,
WILLIAM J. KELLY III, ESQ.
*Admitted Pro Hac Vice*
501 S. Cherry Street, Suite 1100
Denver, Colorado 80246
Phone (720) 236-1800
wkelly@kellylawpartners.com
*Attorneys for Defendant, RE/MAX, LLC*

UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA (RENO)

| | |
|---|---|
| PATRICK H. MCGUIRE, an individual and LISA ANN MCGUIRE, an individual, Plaintiffs, <br><br> vs. <br><br> ANNE MARIE CAREY, an individual, CAREY TRUST, a testamentary trust, ANTONETTE D. SHAW, an individual, MAXED PROFESSIONALS, LLC, a Nevada limited liability company; Nevada limited liability company; RE/MAX, LLC, a Delaware limited liability company; and RE/MAX HOLDINGS, INC., a Delaware corporation; JOSEPH HENRY, in his individual capacities; and THE CITY OF RENO, a municipal entity. Defendants. | CASE NO. 3:20-cv-00249-RCJ-CLB <br><br> ORDER FOR  DISMISSAL OF ALL CLAIMS BY ANNE MARIE CAREY AND CAREY TRUST  AGAINST DEFENDANTS' RE/MAX, LLC, WITH PREJUDICE |

Pursuant to FRCP 41(a), Defendants and Crossclaimants, Anne Marie Carey and the Carey

1

Trust (collectively the "Carey Crossclaimants"), by and through their undersigned counsel, and Crossclaim Defendants, RE/MAX, LLC, through their undersigned counsel, hereby jointly agree that all crossclaims against Crossclaim Defendants RE/MAX, LLC set forth in the Carey Crossclaimants' Verified Answer to Verified Second Amended Complaint and Crossclaims (ECF No. 46) be dismissed, with prejudice, with both sides to bear their own respective attorney's fees and costs incurred herein, and jointly move this Court to so order.

**WHEREFORE**, Defendants and Crossclaimants, Anne Marie Carey and the Carey Trust, and Crossclaim Defendant, RE/MAX, LLC, jointly request that this Court dismiss all crossclaims asserted herein by Defendants and Crossclaimants, Anne Marie Carey and the Carey Trust, and against Crossclaim Defendant, RE/MAX, LLC be dismissed herein with prejudice, with each respective party to bear its own attorney's fees and costs.

DATED this 16th day of December, 2020.

/s/Stephanie Rice
Stephanie Rice, Esq.
**MIDTOWN LAW**
115 Casazza Drive
Reno, Nevada 89502
*Attorney for Anne Marie Carey*
*& The Carey Trust*

/s/William J. Kelly III
William J. Kelly III, Esq.
**KELLY LAW PARTNERS, LLC**
501 South Cherry, Suite 1100
Denver, Colorado 80246

/s/Rebecca L. Mastrangelo
**ROGERS, MASTRANGELO, CARVALHO & MITCHELL**
700 S. Third Street
Las Vegas, Nevada 89101
*Attorneys for Defendants*
*RE/MAX, LLC and RE/MAX HOLDINGS, INC.*

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

## **ORDER**

IT IS SO ORDERED.


DATED this 21st day of December, 2020.

_____
UNITED STATES DISTRICT JUDGE