John Neil Stephenson (SBN 12497)
Stephenson Law, PLLC
1770 Verdi Vista Court
Reno, Nevada 89523
Tel: 510-502-2347
Fax: 775-403-1773
Email: johnstephensonlaw@gmail.com
Web: jstephensonlaw.com
*Counsel for Plaintiffs*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA (RENO)**

| | |
|---|---|
| **PATRICK H. MCGUIRE, et al.**<br><br>Plaintiffs,<br>vs.<br><br>**ANNE MARIE CAREY, et al.**<br><br>Defendants. | Case No.: 3:20-cv-00249-RCJ-CLB<br><br>**ORDER TO DISMISS, WITH PREJUDICE, DEFENDANTS/CROSS-CLAIMANTS ANNE MARIE CAREY AND CAREY TRUST** |

Pursuant FRCP 41(a), Plaintiffs Patrick and Lisa McGuire, through their undersigned counsel, and Defendants/Cross-claimants Anne Marie Carey and Carey Trust, through their undersigned counsel, hereby agree that all claims for relief asserted against Defendants/Cross-claimants Anne Marie Carey and Carey Trust be dismissed, with prejudice, both sides to bear their own attorneys fees and costs.

SO AGREED.

DATED: December 18, 2020

| | |
|---|---|
| /s/ John Neil Stephenson<br>Stephenson Law, PLLC<br>By: John Neil Stephenson, Esq.<br>*Counsel for Plaintiffs Patrick and Lisa McGuire* | /s/ Stephanie Rice<br>Midtown Law<br>By: Stephanie Rice, Esq.<br>*Counsel for Defendants/Cross-claimants Anne Marie Carey and Carey Trust* |

1

## **ORDER**

Based upon the stipulation of the parties, IT IS HEREBY ORDERED that Defendants/Cross-claimants Anne Marie Carey and Carey Trust are dismissed, with prejudice, both sides to bear their own attorneys fees and costs.

IT IS SO ORDERED.

DATED: December 21, 2020

_____
ROBERT C. JONES
United States District Judge