ALICE K. HERBOLSHEIMER
Nevada Bar No. 6389
LEWIS BRISBOIS BISGAARD & SMITH LLP
5555 Kietzke Lane, Suite 200
Reno, Nevada 89511
Tel: 775.827.6440
Fax: 775.827.9256
Email: Alice.Herbolsheimer@lewisbrisbois.com

Attorneys for Defendants
*Antonette Shaw and*
*Maxed Professionals, LLC*

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| PATRICK H. MCGUIRE, an INDIVIDUAL, and LISA ANN MCGUIRE, an individual,<br><br>Plaintiffs,<br><br>vs.<br><br>ANNE MARIE CAREY, an individual; CAREY TRUST, a testamentary trust; ANTONETTE D. SHAW, an individual; MAXED PROFESSIONALS, LLC, a Nevada limited liability company; RE/MAX, LLC, a Delaware limited liability company; and RE/MAX HOLDINGS, INC., a Delaware corporation; JOSEPH HENRY, in his individual and office capacities; and THE CITY OF RENO, a municipal entity,<br><br>Defendants. | CASE NO. 3:20-cv-00249-RCJ-CLB<br><br>**ORDER FOR DISMISSAL OF ALL CLAIMS AGAINST ANTONETTE D. SHAW, MAXED PROFESSIONALS, LLC, AND RE/MAX, LLC WITH PREJUDICE** |

Pursuant to FRCP 41(a), Plaintiffs Patrick H. McGuire and Lisa Ann McGuire, Defendants/Cross-Claimants Anne Marie Carey and the Carey Trust, Defendants/Cross-Defendants, Antonette D. Shaw, Maxed Professionals, LLC, and RE/MAX, LLC, by and through their undersigned respective counsel of record, hereby stipulate to the following:

(1)   Plaintiffs' claims against Antonette D. Shaw, Maxed Professionals, LLC, and RE/MAX, LLC shall be dismissed with prejudice in their entirety;

4822-1296-9684.1                                                                                    Case No. 3:20-cv-00249-RCJ-CLB

(2) Anne Marie Carey and the Carey Trust's cross-claims against Antonette D. Shaw and Maxed Professionals, LLC shall be dismissed with prejudice in their entirety;

(3) All parties are to bear their own costs and attorney's fees for purposes of this litigation, except nothing in this stipulation shall be construed as a waiver of the indemnity claim of RE/MAX, LLC against Maxed Professionals, LLC which claim includes reimbursement of its costs, fees and expenses incurred in connection with defending this action ("RE/MAX Indemnity Claim"). For clarity, the RE/MAX Indemnity Claim is not asserted in this action.

(4) With this stipulation, the Parties represent to the Court all remaining claims asserted by all parties in this action are to be dismissed with prejudice.

DATED this 11th day of January, 2021.

*/s/ John Neil Stephenson*
John Neil Stephenson, Esq.
STEPHENSON LAW, PLLC
1770 Verdi Vista Court
Reno, Nevada 89523
*Attorneys for Plaintiffs*

*/s/ Alice K. Herbolsheimer*
Alice K. Herbolsheimer, Esq.
LEWIS BRISBOIS BISGAARD & SMITH
5555 Kietzke Lane, Suite 200
Reno, Nevada 89511
*Attorneys for Defendants Antonette D. Shaw and Maxed Professionals, LLC*

*/s/ Stephanie Rice*
Stephanie Rice, Esq.
MIDTOWN LAW
115 Casazza Drive
Reno, Nevada 89502
*Attorneys for Defendants Anne Marie Carey and the Carey Trust*

*/s/ Rebecca L. Mastrangelo*
Rebecca Mastrangelo
ROGERS, MASTRANGELO, CARVALHO & MITCHELL
700 S. Third Street
Las Vegas, Nevada 89101
*Attorneys for Defendant RE/MAX, LLC*

*/s/ William J. Kelly III*
William J. Kelly III, Esq.
KELLY LAW PARTNERS, LLC
501 South Cherry, Suite 1100
Denver, Colorado 80246
*Attorneys for Defendant RE/MAX, LLC*

/ / /

/ / /

/ / /

**ORDER**

IT IS SO ORDERED.

Dated this 21 day of January, 2021.

_____
UNITED STATES DISTRICT JUDGE